**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed June 22, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00299-CV

---

## IN RE WFG NATIONAL TITLE INSURANCE COMPANY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No. 4 and Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CI55595**

---

## MEMORANDUM OPINION

On June 1, 2021, relator WFG National Title Insurance Company filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Lori Rickert, presiding judge of the County Court at Law Number 4 and Probate Court of Brazoria County, to rule on relator's motion to compel responses to post-judgment discovery.

On June 7, 2021, relator filed a motion to dismiss its petition for writ of mandamus. In the motion, relator represents that on June 3, 2021, Judge Rickert ruled on its motion. As such, relator's requested relief in the petition for writ of mandamus is now moot.

We **GRANT** relator's motion to dismiss and **DISMISS** relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Spain.